AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:24-mj-71016-MAG   Document 11   Filed 07/12/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>CLAUDIA MYRTHA MEJIA,<br><br>Defendants. | Case No. 4:24-mj-71016-MAG-1  (DMR)<br><br>Charging District:  District of Idaho<br><br>Charging District's Case No.:<br>4:24-cr-00146-BLW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:  U.S. District Court<br>801 East Sherman Street<br>Pocatello, ID 83201 | Courtroom No.:  Magistrate Courtroom before Chief Magistrate Judge Raymond E. Patricco |
|---|---|
| | Date and Time:  July 23, 2024 at 11:30 a.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: July 11, 2024

_____
Donna M. Ryu
Chief Magistrate Judge

Cc:  Jackie Hildebrand (CRD of Chief Mag. Judge Raymond E. Patricco);
       Pretrial Services; U.S. Marshal

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19